[L. A. No. 10100. In Bank.—December 5, 1929.]

M. A. CRYDERMAN, Appellant, v. THE CITY OF GLEN-
DALE (a Municipal Corporation) et al., Respondents.

Chas. S. Conner for Appellant.

W. Turney Fox, City Attorney, Bernard Brennan, Deputy
City Attorney, Ray L. Morrow, City Attorney, and Frank
M. Moody, Deputy City Attorney, for Respondents City of
Glendale and Ruth Kerns.

Arthur M. Ellis for Respondent E. L. Fleming.

THE COURT.—This cause relates to street improvement
proceedings which, although instituted under a resolution of
intention bearing a different number, are otherwise identical
with and were started the same day as those referred to in
case No. 10085, *Woodill* v. *City of Glendale, ante,* p. 564.
[282 Pac. 797], this day decided. ■ The pleadings in
the two actions are in the same form and the law points
made are identical. Therefore, upon authority of said cause,
*Woodill* v. *City of Glendale, supra,* and upon the same
grounds and for all the reasons set forth therein, the judg-
ment rendered in this cause for defendants upon the sustain-
ing of their demurrers, without leave to amend, is hereby
affirmed.